# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

UNITED STATES OF AMERICA
v.
GREGORY JOHN BERGER

No. 03-01937-MP-BPV (CVB)

**JUDGMENT AND COMMITMENT**
FOLLOWING REVOCATION OF **PROBATION**

```
___ FILED    ___ LODGED
___ RECEIVED ___ COPY

     MAR 2 8 2006

   CLERK U.S. DISTRICT COURT
     DISTRICT OF ARIZONA
                      DEPUTY
```

Thomas Higgins (Appointed)
Attorney for Defendant

On May 11, 2004, the Defendant, present with counsel, appeared for sentencing for violating Title 36, Code Federal Regulations, Section §4.23(A)(1): Driving Under the Influence of Alcohol/Drugs, a Class B Misdemeanor, as charged in the Violation Notice filed herein.

> The Defendant was fined $400.00; assessed a $10.00 special assessment fee; ordered to pay $200.00 in restitution to the National Park Service; and placed on Unsupervised Probation for a period of one (1) year.

On September 14, 2004; September 13, 2005; and November 9, 2005 the United States Attorney filed a petition to revoke the term of supervised probation imposed.

On February 14, 2006, the Defendant appeared with counsel and admitted allegation # A as reflected in the petitions to revoke filed in this matter. The Defendant proceeds to disposition this date.

**IT IS ORDERED** that the Order of Supervised Probation imposed on the Defendant is hereby **REVOKED** and the Defendant is committed to the custody of the Bureau of Prisons for imprisonment for a period of **five (5) months MONTHS**, with no term of supervised probation to follow. Disposition imposed shall run concurrently with the state sentence the Defendant is currently serving at the Arizona Department of Corrections (Rincon Unit) in Arizona Superior Court case: CR 20042801.

**IT IS FURTHER ORDERED** the Defendant is to receive credit for TIME SERVED.

March 17, 2006
Date of Imposition of Sentence

March 28, 2006 (Nunc Pro Tunc)
Dated

*/s/ Charles R. Pyle*
Hon. Charles R. Pyle for Bernardo P. Velasco
UNITED STATES MAGISTRATE JUDGE

Copies have been issued to: Angela Martinez (AUSA); Thomas Higgins (Appointed), Monica Esquivel (PO); Valerie Hillmar (FLU); OB; USM/2cc, BPV